AO 91 (Rev. 01/09) Criminal Complaint   SA/AUSA JAMES Domingue   313-226-9100

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America <br> v. <br> NANCY LORI WALKER <br> A.K.A. <br> (DIANNE ANNE WALKER) <br> *Defendant* | Case: 2:09-mj-30218 <br> Judge: Unassigned, <br> Filed: 05-06-2009 At 10:43 AM <br> NANCY LORI WALKER (LCB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  05/04/2009  in the county of  WAYNE  in the  EASTERN  District of  MICHIGAN , the defendant violated  18  U. S. C. § 472, 922(k) , an offense described as follows:

The defendant with the intent to defraud possessed counterfeit currency, to wit; $32,750.00 in counterfeit currency and possed a Firearm with an obilerated serial number to wit; a fully loaded 9mm. Ruger Handgun.

This criminal complaint is based on these facts:
"SEE ATTACHMENT"

☑ Continued on the attached sheet.

*Complainant's signature*

GEORGE POWELL
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  05/06/2009

*Judge's signature*

City and state:  DETROIT, MICHIGAN

U.S. Magistrate Mona Majzoub
*Printed name and title*

# AFFIDAVIT

I, George Powell, being duly sworn, hereby depose and say:

I am a Special Agent with the United States Secret Service assigned to the Detroit Field Office. I have been a Special Agent since November 2003. I have a Master of Business Administration with a focus in finance. I have over 12 years of state law enforcement experience and have conducted numerous general law, narcotic and organized crime statutory violations. I have received training in general law enforcement and criminal investigations at the Federal Law Enforcement Training Center, and at the United States Secret Service Rowley Training Center to include violations of Title 18, United States Code, sections 472 and 922 (k). I have conducted numerous criminal investigations and more specifically, I have been trained in the methods and traits commonly associated in the creation of counterfeit securities as well as firearm laws.

1. The information contained in this affidavit is based on my training, experience and participation in counterfeit currency investigations, firearm violations and my personal knowledge and observations during the course of this investigation, and information provided to me by other sources as noted herein.

2. This affidavit is in support of a criminal complaint and arrest warrant for Nancy Lori walker, a black female, date of birth 6/4/54.

3. On 5/4/09, Redford Township, State of Michigan, Police Officer B. Kennedy stopped a 1984 Buick Michigan plate, 4HZG57 for improper license plate.

4. Officer Kennedy requested proper identification from the driver of the vehicle who was later identified as Walker. Walker advised Officer Kennedy that she had lost her driver license and only had a paper photocopy of it. She provided Officer Kennedy with a paper photocopy of a Michigan driver license bearing the information of Dianne Elizabeth Wilcosh with an address of 8475 Fletcher Rd., Grand Blanc, MI. 48349. It should be noted that further investigation revealed that Dianne Wilcosh is a White Female that resides in Grand Blanc, MI.

5. Officer Kennedy then returned to the vehicle to place Walker under arrest for State of Michigan violation, of No Operators License Ever Acquired. Walker then started the vehicle and fled the scene.

6. Officer Kennedy radioed for assistance and a brief police chase ensued and Walker was subsequently stopped and ordered to exit her vehicle. Walker refused to exit the vehicle and had to be physically removed. When she was removed she was clutching her purse.

7. Walker was secured and a search of her purse revealed a .40 caliber Beretta fully loaded with one round in the chamber and 8 rounds in the magazine. Also found in the purse was a Tech DC9 semi-automatic pistol loaded with one round in the chamber and 29 rounds in the magazine.

8. Walker's vehicle was impounded by the Redford Township Police Department. An inventory search revealed two United States Postal Envelopes that contained approximately $32,750.00 in counterfeit U.S. Currency and a 9mm Ruger handgun with the serial number filed off. It should be noted that Walker also had approximately $13,794.00 in genuine U.S. Currency

inside a "Fannie Pouch" which was attached to her purse, which the other two firearms were recovered.

9. I observed that the vehicle that Walker was driving was not registered to her. Detective Schiller advised that while searching through Walker's belongings in attempt to find documentation to reveal her identity, they observed a hand written "Bill of Sale" dated 4/12/09 from a Willie Reeves. I interviewed Mr. Reeves who stated that he sold the 1984 Buick Vehicle Identification Number 1G4CW52L2RH621217 to a black female known to him as Angela Jackson. I interviewed Mr. Reeves, who identified Walker as the person he had sold the 1984 Buick to.

10. On May 5, 2009, I consulted with firearms expert Special Agent Harry Powers of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) concerning the manufacture of the above-mentioned firearm. I specifically described to him the firearm recovered during the investigation (a Ruger, 9mm, semi-automatic, handgun, with an obliterated serial number). Special Agent Powers stated the above-mentioned firearm was manufactured outside the State of Michigan; thereby traveling in interstate commerce to reach the State of Michigan and that the firearm was manufactured after 1897.

Based on the above information, this affiant believes that NANCY LORI WALKER, A.K.A. DIANNE ANN JOHNSON, on May 4th, 2009, knowingly and with the intent to defraud possessed Counterfeit U.S. Currency and a Firearm with Obliterated serial numbers that affected interstate commerce in violation of Title 18 U.S.C. 472 and 922 (k).

George Powell
Affiant

Subscribed and sworn before me this 6th day of May 6, 2009.

United States Magistrate Judge