UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

Vs                                          Case No. 09-mj-30218
                                              Hon. Mona K. Majzoub

NANCY WALKER,
        Defendant.

---

| JEFFREY L. EDISON (P25912) | LOUIS P. GABEL |
|---|---|
| Attorney for Defendant | Assistant United States Attorney |
| 65 Cadillac Square, Suite 2205 | 211 W. Fort Street, Suite 2001 |
| Detroit, MI 48226 | Detroit, MI 488226 |
| (313) 964-0400 | (313) 226-9100 |

---

**MOTION TO WITHDRAW AS COUNSEL**

        NOW COMES JEFFREY L. EDISON, counsel for Nancy, Defendant herein, and in support of his Motion to Withdraw as Counsel, states unto this Court the following:

        1.     Defendant is charged in a Criminal Complaint with Possession of Counterfeit Currency, and Possession of a Firearm with an Obliterated Serial Number.

        2.     On May 8, 2009, counsel accepted an appointment to represent Defendant.

        3.     Counsel met with Defendant, and appeared at her detention hearing on May 13, 2009.

4. Counsel appeared with Defendant, together with the Assistant U. S. Attorney and the agent in charge of the case during a debriefing on May 20, 2009.

5. Counsel met with Defendant on May 29 and May 31, 2009, in the Wayne County Jail, at which time, Defendant said she did not have faith in counsel's representation and that she did not want counsel to continue representing her.

6. There is a total breakdown of the attorney-client relationship between Counsel and Defendant.

8. Defendant will be unduly prejudiced if Counsel is not allowed to withdraw from the representation of Defendant.

WHEREFORE Counsel prays that this Court grant his Motion to Withdraw as Counsel.

Respectfully submitted,

s/Jeffrey L. Edison
Jeffrey L. Edison
Attorney for Defendant
65 Cadillac Square, Suite 2205
Detroit, MI 48226
(313) 964-0400
MI Bar No. P25912
E-mail: Jelee@ix.netcom.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Vs
                                                            Case No. 09-mj-30218
                                                            Hon. Mona K. Majzoub

NANCY WALKER,
    Defendant.

---

| JEFFREY L. EDISON (P25912) | LOUIS P. GABEL |
| --- | --- |
| Attorney for Defendant | Assistant United States Attorney |
| 65 Cadillac Square, Suite 2205 | 211 W. Fort Street, Suite 2001 |
| Detroit, MI 48226 | Detroit, MI 488226 |
| (313) 964-0400 | (313) 226-9100 |

---

**BRIEF IN SUPPORT**

Defendant relies on the facts set forth in his Motion.

                                      Respectfully submitted,

                                      <u>s/Jeffrey L. Edison</u>
                                      Jeffrey L. Edison
                                      Attorney for Defendant
                                      65 Cadillac Square, Suite 2205
                                      Detroit, MI 48226
                                      (313) 964-0400
                                      MI Bar No. P25912
                                      E-mail: Jelee@ix.netcom.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

Vs                                                              Case No. 09-mj-30218
                                                              Hon. Mona K. Majzoub

NANCY WALKER,
        Defendant.

---

**CERTIFICATE OF SERVICE**

I certify that on March 20, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to Louis P. Gabel, Assistant U. S. Attorney.

                                              /s/ Jeffrey L. Edison
                                              Jeffrey L. Edison
                                              Attorney for Defendant
                                              65 Cadillac Square, Suite 2205
                                              Detroit, MI 48226
                                              (313) 964-0400
                                              MI Bar No. P25912
                                              E-mail: Jelee@ix.netcom.com