## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     CRIMINAL NO. 09-20264

v.                                   HON. STEPHEN J. MURPHY, III

D-1   MICHELE JOHNSON,
       a/k/a "Nancy Lori Walker,"      Violations:   18 U.S.C. § 472
       "Dianne Anne Johnson,"                     18 U.S.C. § 922(k)
       "Angela Jackson,"

        Defendant.
_____/

### FIRST SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. § 472 – *Possession of Counterfeit Money*)

On or about May 4, 2009, in the Eastern District of Michigan, Southern Division, Defendant MICHELE JOHNSON, with intent to defraud, did possess falsely made, forged, counterfeited, and altered obligations of the United States, that is, approximately $32,750.00 in counterfeit United States currency, all in violation of Title 18 United States Code, Section 472.

## COUNT TWO

(18 U.S.C. § 922(k) -- *Possession of a Firearm with Obliterated Serial Number*)

On or about May 4, 2009, in the Eastern District of Michigan, Southern Division, Defendant MICHELE JOHNSON, knowingly possessed in interstate commerce, a firearm, that is (1) 9mm Ruger semi-automatic handgun, from which the manufacturer's serial number had been obliterated and altered, in violation of Title 18, United States Code, Sections 922(k).

**THIS IS A TRUE BILL.**

/s Grand Jury Foreperson
GRAND JURY FOREPERSON

TERRENCE BERG
United States Attorney

/s Jennifer M. Gorland
JENNIFER M. GORLAND
Chief, General Crimes Unit
Assistant United States Attorney

/s Louis P. Gabel
LOUIS P. GABEL
Assistant United States Attorney

Date: October 21, 2009

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    X☐ No | AUSA's Initials: _____ |

Case Title: USA v. D-1 **MICHELE JOHNSON**, a/k/a "Nancy Lori Walker", "Dianne Anne Johnson", "Angela Jackson"

County where offense occurred : **WAYNE**

Check One:     X☐ Felony         ☐ Misdemeanor         ☐ Petty

____Indictment/____Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: _____]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: __09-20264__        Judge: __STEPHEN J. MURPHY, III__

☐    Original case was terminated; no additional charges or defendants.
X    Corrects **name**; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 4, 2009
Date

_Louis P. Gabel_ (signature)
LOUIS P. GABEL
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9756
Fax: (313) 226-2372
E-Mail address: Louis.Gabel@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09