# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 09-cr-20264 |
| Plaintiff, | HONORABLE STEPHEN J. MURPHY |
| v. | VIOLATIONS: 18 U.S.C. § 472 |
| D-1    MICHELE JOHNSON | 18 U.S.C. § 922(k) |
| a/k/a "Nancy Lori Walker," | |
| a/k/a "Dianne Anne Johnson," | |
| a/k/a "Angela Jackson" | |
| Defendant. | |

## DEFENDANT'S ACKNOWLEDGEMENT OF FIRST SUPERSEDING INDICTMENT

I, MICHELE JOHNSON, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the FIRST SUPERSEDING INDICTMENT, in the above-entitled cause prior to pleading thereto, and I have read the same and understand the contents thereof.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT ONE: Up to twenty (20) years in prison and/or a $250,000 fine or both.
COUNT TWO: Up to five (5) years in prison and/or a $250,000 fine or both.

[Signature: Nancy Walker aka Michele Johnson]
MICHELE JOHNSON
DEFENDANT

FILED
FEB 02 2010
CLERK'S OFFICE

## ACKNOWLEDGEMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

[Signature]
COUNSEL FOR DEFENDANT