Nancy Walker
Case NO#09-20264
Inmate No#2009018181

Louis P. Gabel
U.S Attorney's office
211 W. Fort St
Suite 2001
Detroit, MI, 48226

2009 JUL 28  A II: 37
UNITED STATES
ATTORNEY'S OFFICE
EASTERN MICHIGAN

Dear Attorney Gabel,
    Thank you for your attention and speed in preparing the rule 11 plea agreement.
    I am willing and ready to enter a plea of guilty to count two of the indictment provided that no additional jail time is ordered by the court. Considering count one of the indictment will be dismissed, please remove the guideline section 2K2.1(b)(6) as well. Finally, please remove the Special assessments of the plea.
    While the court is reviewing the plea agreement, if it could be suggested; for health reasons, that I be housed in a halfway house or community setting. Since May 15th 09 I have been ill on 3 separate occasions with a skin infection called Mersa and twice with fever.

GOVERNMENT
EXHIBIT
D
PENGAD-Bayonne, N.J.

July 29, 09 is the next court dat
hopfully we can speak then.
  — Thank you
  Mary Will