**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

F I L E D
MAR 1 2 2010
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1    MICHELE JOHNSON

    Defendant.
_____/

CRIMINAL NO. 09-20264

HONORABLE STEPHEN J. MURPHY, III

## VERDICT FORM

We the jury, after due deliberation, unanimously find as follows:

**COUNT ONE:** Possession of Counterfeit Money

    Not Guilty _____    Guilty _X_

**COUNT TWO:** Possession of a Firearm with an Obliterated Serial Number

    Not Guilty _____    Guilty _X_

s/Jury Foreperson

In complaince with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.